FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★  NOV 7 - 2013  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

Miguel Negron and Irene Negron,

Plaintiffs,

-against-

The City of New York, Police Officer Laurindo Marsh, Police
Officer Alan Rosenthal, P.O. "Jane Doe" and "John Doe" 1-10,
1 through 10 inclusive, the names of the last defendants being
fictitious, the true names of the defendants being unknown to
plaintiffs ,

Defendants.

------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

11 CV 1544 (SLT) (MDG)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

PAUL HALE
*Attorney for Plaintiff*
26 Court Street, Suite 913
Brooklyn, New York  11201

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Marsh and Rosenthal*
100 Church Street, Rm. 3-146
New York, New York 10007

By: _____
Paul Hale
*Attorney for Plaintiff*

By: _____
Melissa Wachs
*Assistant Corporation Counsel*

SO ORDERED:

/s/(SLT)

_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
November 4, 2013